# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **STEPHANIE CLIFFORD,** | : | |
| Plaintiff, | : | CASE NO. 2:19-cv-00119 |
| -vs- | : | |
| | | JUDGE MICHAEL WATSON |
| **SHANA M. KECKLEY, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

All parties are hereby notified that Larry H. James, Esq., Christopher R. Green, Esq., and Natalie P. Bryans, Esq., Crabbe Brown & James, LLP, 500 South Front Street, Suite 1200, Columbus, Ohio 43215, are counsel for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither and Steven G. Rosser in the above-captioned matter.

Copies of all notices, pleadings, motions and other writings related to this matter should be forwarded to the undersigned counsel electronically or at the address below.

Respectfully submitted,

*/ s / Larry H. James*
LARRY H. JAMES (0021773)
CHRISTOPHER R. GREEN (0096845)
NATALIE P. BRYANS (0097697)
CRABBE BROWN & JAMES, LLP
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567; FAX: (614) 229-4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
nbryans@cbjlawyers.com
*Attorneys for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither and Steven G. Rosser*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 18th day of March, 2019, I filed the foregoing Notice of Appearance with the Clerk of Courts for the United States District Court For The Southern District of Ohio, Eastern Division, and a copy of the foregoing was duly served via the Court's electronic efile, upon the following:

  Daniel J. Sabol
  Chase A. Mallory
  Sabol Mallory, LLC
  743 S. Front Street
  Columbus, OH 43206-1905

  *Counsel for Plaintiff*
  *Stephanie Clifford*

  Timothy J. Mangan
  Columbus City Attorney Litigation Section
  77 N. Front Street, Floor 4
  Columbus, OH 43215-1895

         */ s/ Larry H. James*
         LARRY H. JAMES (0021773)

14846-41006\01040890.000