IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CLIFFORD, | : | Case No. 2:19-cv-00119 |
| Plaintiff, | : | Judge Michael H. Watson |
| v. | : | Magistrate Judge Elizabeth Preston Deavers |
| SHANA M. KECKLEY, et al., | : | |
| Defendants. | : | |

**STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD**

In accordance with Local Civ. R. 6.1 of the United States District Court for the Southern District of Ohio, the Parties have stipulated to a 21-day extension of time, from April 1, 2019, until April 22, 2019, for all Defendants to answer or otherwise plead to the Complaint. No previous extensions of time have been obtained.

Respectfully submitted,

/s/ Chase A. Mallory (per email authority 03/19/2019)
Chase A. Mallory (0084728)
Daniel J. Sabol (0081403)
743 S. Front Street
Columbus, OH 43206-1905
P:      614-300-5088
E:      chase@sabolmallory.com
          dan@sabolmallory.com
*Counsel for Plaintiff Stephanie Clifford*

/s/ Christopher R. Green
Christopher R. Green (0096845)
Larry H. James (0021773)*
Natalie P. Bryans (0097697)
500 S. Front Street, Suite 1200
Columbus, OH 43215
P:      614-229-4567
F:      614-229-4559
E:      cgreen@cbjlawyers.com
          ljames@cbjlawyers.com
          nbryans@cbjlawyers.com
*Counsel for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither, and Steven G. Rosser*
*Trial Attorney

14980-41053\01045562.000                    1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Christopher R. Green*
Christopher R. Green (0096845)
*Counsel for Defendants Shana M. Keckley,*
*Whitney R. Lancaster, Mary S. Praither, and*
*Steven G. Rosser*
