IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CLIFFORD, | : | |
| Plaintiff(s), | : | Case No. 2:19-cv-119 |
| vs. | | Judge Michael H. Watson |
| | : | Chief Magistrate Judge Elizabeth P. Deavers |
| SHANA M. KECKLEY, *et al.,* | : | |
| Defendant(s). | : | |

# NOTICE

**PROCEEDING:** RESCHEDULED PRELIMINARY PRETRIAL CONFERENCE
**PLACE:** ROOM 208
Kinneary U.S. Courthouse
85 Marconi Blvd.
Columbus, OH 43215
**DATE/TIME:** MAY 14, 2019 at 10:30 A.M.
**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.

2. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)." **Please Note: The Rule 26(f) Report for the Eastern Division has changed. Please ensure that you are using the correct form.**

3. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

4. The conference may be conducted by telephone if all parties agree to participate by telephone if the parties indicate this preference on their Rule 26(f) Report. To initiate the conference, counsel are directed to join together on one line and then call the Court at 614-719-3460 or provide the Court with a call-in number. Prior to the scheduled date and time, counsel must inform the Court that the conference will be by telephone, and shall designate the person responsible for initiating the call or provide the call-in number.

**DATE**: April 23, 2019                    *s/Sherry Nichols*
                                             Sherry Nichols, Courtroom Deputy
                                             Sherry_Nichols@ohsd.uscourts.gov
                                             614-719-3461