## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD : | |
| : | Case No. 2:19-cv-00119 |
| Plaintiff, : | |
| v. : | Judge Michael H. Watson |
| : | |
| SHANA M. KECKLEY, et al., : | Magistrate Judge Elizabeth Preston Deavers |
| : | |
| Defendants. : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Chase A. Mallory, trial attorney for Stephanie Clifford, in the above-referenced action, hereby moves the court to admit Mbilike M. Mwafulirwa, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Stephanie Clifford.

Movant represents that Mbilike M. Mwafulirwa is a member in good standing of the highest court of Oklahoma as attested by the accompanying certificate from that court and that Mbilike M. Mwafulirwa is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Mbilike M. Mwafulirwa understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mbilike M. Mwafulirwa's relevant identifying information is as follows:

| | |
|---|---|
| Business Telephone: | (918) 742-2021 |
| Business Fax: | (918) 742-2197 |
| Business Email Address: | MMwafulirwa@brewsterlaw.com |
| Business Address: | Brewster & DeAngelis, P.L.L.C. |
| | 2617 East 21st Street |
| | Tulsa, Oklahoma 74114 |

[signature page to follow]

Respectfully Submitted,

<u>/s/ *Chase A. Mallory*</u>
Chase A. Mallory (0084728)
Chase@SabolMallory.com
SABOL MALLORY, LLC
743 South Front Street
Columbus, Ohio 43206
phone: (614) 300-5088
fax: (614) 636-4545
Trial Attorney for Plaintiff Stephanie Clifford

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2019, I electronically filed the accompanying Motion for Admission Pro Hac Vice with the Clerk of Court using the CM/EFC system. Notice of this filing will be sent by the Court's electronic filing system to all parties included on the electronic filing receipt. Parties may access this filing through the Court's filing system.

        /s/ *Chase A. Mallory*
        Chase A. Mallory (0084728)
        Counsel for Plaintiff Stephanie Clifford

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

# CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Mbilike M. Mwafulirwa, of Tulsa, OK, was admitted to practice in the Supreme Court of the State of Oklahoma upon Exam, on September 19th, 2012, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 23rd day of April, 2019.

S-E-A-L

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

By: _____