IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEPHANIE CLIFFORD,**

      **Plaintiffs,**

  v.                         Civil Action 2:19-cv-119
                               Judge Michael H. Watson
                               Chief Magistrate Judge Elizabeth P. Deavers

**SHANA M. KECKLEY,** *et al.,*

      **Defendants.**

## PRELIMINARY PRETRIAL ORDER

This matter came before the Court on May 14, 2019 at 10:30 a.m. at the First Pretrial Conference pursuant to notice and in accordance with Rule 16 of the Federal Rules of Civil Procedure.  Counsel appeared as follows:

For Plaintiff(s):

Clark Brewster, Guy Fortney, Chase A. Mallory and Daniel J. Sabol.

For Defendant(s):

Larry H. James, Christopher R. Green and Natalie P. Bryans.

The following matters were considered:

VENUE AND JURISDICTION

There are no contested issues related to venue or jurisdiction.

PARTIES AND PLEADINGS

Plaintiff intends to amend the Complaint to add the City of Columbus as a Defendant.  Any motion to amend the pleadings or to join additional parties shall be filed by **JUNE 14, 2019**.

ISSUES

The claims in this case arise from an incident on July 11, 2018 in which Defendants arrested Plaintiff for an alleged violation of O.R.C. § 2907.40(C)(2).  Plaintiff's Complaint sets forth five causes of action:  (1) false arrest in violation of the 4th and 14th Amendments and Ohio common law; (2) malicious prosecution in violation of the 4th and 14th Amendments and Ohio common law; (3) civil conspiracy to violate the 4th and 14th Amendments; (4) abuse of process in violation of Ohio common law; and (5) abuse of process in violation of Ohio common law.  Both parties have made a jury demand.

DISCOVERY PROCEDURES

All discovery shall be completed by **FEBRUARY 3, 2020**.  For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

DISPOSITIVE MOTIONS

Any dispositive motions shall be filed by **FEBRUARY 24, 2020**. Opposition to be filed by **MARCH 16, 2020**; Reply brief to be filed by **MARCH 30, 2020**.

EXPERT TESTIMONY

The parties have not yet determined whether expert testimony will be necessary in this case.

SETTLEMENT

Plaintiff shall make a settlement demand by **JULY 1, 2019**.  Defendants shall respond by **AUGUST 1, 2019**.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference during the month of September 2019.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the beginning of settlement week.  The parties understand that they will be expected to comply fully with the settlement week orders which require *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel shall immediately object in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED**.


Date:  May 14, 2019                              */s/ Elizabeth A. Preston Deavers*
                                                 ELIZABETH A. PRESTON DEAVERS
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE