IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEPHANIE CLIFFORD,**

    **Plaintiff,**

                              **Civil Action 2:19-cv-00119**
                              **Judge Michael H. Watson**
    **v.**                             **Chief Magistrate Judge Elizabeth P. Deavers**

**SHANA M. KECKLEY,**

    **Defendant.**

## **ORDER**

Plaintiffs' Unopposed Motion to Amend the Complaint (ECF No. 22) is **GRANTED**.

The Clerk is **DIRECTED** to file the Amended Complaint, which is attached Plaintiff's Motion as Exhibit A.

    **IT IS SO ORDERED.**


**Date: June 7, 2019**                        /s/ *Elizabeth A. Preston Deavers*
                                                           **ELIZABETH A. PRESTON DEAVERS**
                                                           **CHIEF UNITED STATES MAGISTRATE JUDGE**