# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD,<br><br>   Plaintiff,<br><br> v.<br><br>SHANA M. KECKLEY, *et al.*,<br><br>   Defendants. | Case No. 2:19-cv-00119<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers<br><br>**NOTICE OF APPEARANCE**<br>**OF COUNSEL** |

  Please take notice that Westley M. Phillips, Assistant City Attorney, Ohio Registration No. 0077728, hereby enters his appearance as counsel for Defendant City of Columbus in this matter.

            Respectfully submitted,
            /s/ Westley M. Phillips
            Westley M. Phillips (0077728)
            *Assistant City Attorney*
            CITY OF COLUMBUS, DEPARTMENT OF LAW
            ZACH KLEIN, CITY ATTORNEY
            77 North Front Street, Columbus, Ohio 43215
            (614) 645-6959 / (614) 645-6949 (fax)
            wmphillips@columbus.gov
            *Attorney for Defendant City of Columbus*

## CERTIFICATE OF SERVICE

I hereby certify that, on **June 20, 2019**, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to the following individuals:

| | |
|---|---|
| Chase A. Mallory (0084728) | Daniel J. Sabol (0081403) |
| Chase@SabolMallory.com | Dan@SabolMallory.com |
| SABOL MALLORY, LLC | SABOL MALLORY, LLC |
| 743 South Front Street | 743 South Front Street |
| Columbus, Ohio 43206 | Columbus, Ohio 43206 |
| phone: (614) 300-5088 | phone: (614) 300-5088 |
| fax: (614) 636-4545 | fax: (614) 636-4545 |
| *Attorney for the Plaintiff* | *Attorney for the Plaintiff* |

Clark O. Brewster - OBA #1114 (Admitted Pro Hac)
Guy A. Fortney - OBA #17027 (Admitted Pro Hac)
BREWSTER & DE ANGELIS
2617 East 21st Street
Tulsa, OK 74114
(918) 742-2021 - Telephone
(918) 742-2197 – Facsimile
*Attorneys for the Plaintiff*

Larry H. James - Trial Attorney (0021773)
Christopher R. Green (0096845)
Natalie P. Bryans (0097697)
500 S. Front Street, Suite 1200
Columbus, OH 43215
P: 614-229-4567
F: 614-229-4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
nbryans@cbjlawyers.com
*Counsel for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither, and Steven G. Rosser*

/s/ Westley M. Phillips
Westley M. Phillips (0077728)