**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:16-cv-177 | 2:18-cv-727 | 2:18-cv-1663 |
| 2:16-cv-732 | 2:18-cv-735 | 2:18-cv-1679 |
| 2:17-cv-560 | 2:18-cv-779 | 2:18-cv-1718 |
| 2:17-cv-647 | 2:18-cv-837 | 2:18-cv-1719 |
| 2:17-cv-705 | 2:18-cv-845 | 2:18-cv-1728 |
| 2:17-cv-829 | 2:18-cv-943 | 2:18-cv-1771 |
| 2:17-cv-838 | 2:18-cv-949 | 2:18-cv-1779 |
| 2:17-cv-915 | 2:18-cv-961 | 2:19-cv-18 |
| 2:17-cv-986 | 2:18-cv-985 | 2:19-cv-27 |
| 2:17-cv-1020 | 2:18-cv-989 | 2:19-cv-39 |
| 2:17-cv-1043 | 2:18-cv-994 | 2:19-cv-85 |
| 2:17-cv-1090 | 2:18-cv-1009 | 2:19-cv-119 |
| 2:17-cv-1106 | 2:18-cv-1019 | 2:19-cv-137 |
| 2:17-cv-1125 | 2:18-cv-1023 | 2:19-cv-160 |
| 2:17-cv-1151 | 2:18-cv-1034 | 2:19-cv-191 |
| 2:18-cv-101 | 2:18-cv-1035 | 2:19-cv-193 |
| 2:18-cv-107 | 2:18-cv-1071 | 2:19-cv-204 |
| 2:18-cv-134 | 2:18-cv-1080 | 2:19-cv-205 |
| 2:18-cv-178 | 2:18-cv-1097 | 2:19-cv-272 |
| 2:18-cv-190 | 2:18-cv-1122 | 2:19-cv-291 |
| 2:18-cv-250 | 2:18-cv-1129 | 2:19-cv-302 |
| 2:18-cv-284 | 2:18-cv-1133 | 2:19-cv-381 |
| 2:18-cv-314 | 2:18-cv-1158 | 2:19-cv-464 |
| 2:18-cv-344 | 2:18-cv-1176 | 2:19-cv528 |
| 2:18-cv-362 | 2:18-cv-1238 | 2:19-cv-627 |
| 2:18-cv-404 | 2:18-cv-1240 | 2:19-cv-665 |
| 2:18-cv-423 | 2:18-cv-1255 | 2:19-cv-739 |
| 2:18-cv-426 | 2:18-cv-1273 | 2:19-cv-775 |
| 2:18-cv-434 | 2:18-cv-1278 | 2:19-cv-777 |
| 2:18-cv-440 | 2:18-cv-1309 | 2:19-cv-793 |
| 2:18-cv-445 | 2:18-cv-1344 | 2:19-cv-809 |
| 2:18-cv-459 | 2:18-cv-1374 | 2:19-cv-815 |
| 2:18-cv-489 | 2:18-cv-1375 | 2:19-cv-897 |
| 2:18-cv-493 | 2:18-cv-1383 | 2:19-cv-913 |
| 2:18-cv-494 | 2:18-cv-1387 | 2:19-cv-1123 |
| 2:18-cv-570 | 2:18-cv-1389 | 2:19-cv-1129 |
| 2:18-cv-616 | 2:18-cv-1529 | 2:19-cv-1577 |
| 2:18-cv-658 | 2:18-cv-1534 | 2:19-cv-1605 |
| 2:18-cv-682 | 2:18-cv-1547 | 2:19-cv-1687 |
| 2:18-cv-689 | 2:18-cv-1593 | 2:19-cv-1742 |
| 2:18-cv-711 | 2:18-cv-1625 | |
| 2:18-cv-716 | 2:18-cv-1631 | |

## **<u>NOTICE</u>**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2019**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to <u>ADR@ohsd.uscourts.gov</u> by **August 8, 2019** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

*/s/  Kristen Keppler*
Kristen Keppler, Deputy Clerk