## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, an individual, | : : : |
| Plaintiff | : Case No. 2:19-cv-00119 : : Judge Michael H. Watson : Magistrate Judge Elizabeth Preston Deavers |
| v. | : : |
| SHANA M. KECKLEY, *et al.,* | : : |
| Defendants. | : |

### RULE 41 STIPULATION OF VOLUNTARY
### PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff, Stephanie Clifford, by and through her attorneys, and Defendant City of Columbus hereby file a Fed.R.Civ.Pro. 41(a)(1)(A)(ii) Voluntary Partial Dismissal with Prejudice signed by all served parties dismissing any state-law claims against Defendant City of Columbus only, with prejudice to refiling.  The City of Columbus remains a defendant in Fifth Cause of Action under a theory of municipal liability for 42 U.S.C. § 1983.

The Parties pursuant to the stipulation and dismissal with prejudice agree that all parties will bear their own attorney fees and costs for the matter related to Defendant City of Columbus and the dismissed state-law claims.

Respectfully Submitted

/s/ *Chase A. Mallory*
Chase A. Mallory (0084728)
Chase@SabolMallory.com
SABOL MALLORY, LLC
743 South Front Street
Columbus, Ohio 43206
phone: (614) 300-5088
fax: (614) 636-4545
*Attorneys for the Plaintiff*

/s/ *Guy A. Fortney*
Clark O. Brewster - OBA #1114
(Admitted Pro Hac)
Guy A. Fortney - OBA #17027
(Admitted Pro Hac)
BREWSTER & DE ANGELIS
2617 East 21st Street
Tulsa, OK 74114
(918) 742-2021 – Telephone
(918) 742-2197 – Fax
*Attorneys for the Plaintiff*

2

| | |
|---|---|
| */s/  Larry H. James* | */s/ Westley M. Phillips* |
| Larry H. James | Westley M. Phillips (0077728) |
| Crabbe, Brown & James LLP | *Assistant City Attorney* |
| 500 South Front Street, Suite 1200 | CITY OF COLUMBUS, DEPARTMENT OF LAW |
| Columbus, OH 43215 | 77 North Front Street, |
| *Attorneys for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither, and Steven G. Rosser* | Columbus, Ohio 43215 |
| | (614) 645-6959 / (614) 645-6949 (fax) |
| | wmphillips@columbus.gov |
| | *Attorney for Defendant City of Columbus* |

## **CERTIFICATE OF SERVICE**

    I certify that on August 22, 2019, a true and exact copy of the above and foregoing document was served to the following counsel via:  ☐ U.S. first-class mail, with postage pre-paid, ☐ Certified Mail, Return Receipt Requested, ☐ facsimile, X  e-mail, ☐ hand delivery:

Larry H. James
Crabbe, Brown & James LLP
500 South Front Street, Suite 1200
Columbus, OH 43215
*Attorneys for Defendants Shana M. Keckley,*
*Whitney R. Lancaster, Mary S. Praither,*
*and Steven G. Rosser*


 Westley M. Phillips (0077728)
*Assistant City Attorney*
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-6959 / (614) 645-6949 (fax)
wmphillips@columbus.gov
*Attorney for Defendant City of Columbus*


                                                    /s/ *Guy A. Fortney*