# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CLIFFORD, | : | |
| Plaintiff(s), | : | Case No. 2:19-cv-119 |
| vs. | | Judge Michael H. Watson |
| | : | Chief Magistrate Judge Elizabeth P. Deavers |
| SHANA M. KECKLEY, *et al.,* | : | |
| Defendant(s). | : | |

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **AUGUST 30, 2019** at **10:00 A.M. EST**.  The parties are directed to call **1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**

Date:August 23, 2019

*s/Sherry Nichols*
Sherry Nichols, Deputy Clerk
(614) 719-3461
sherry_nichols@ohsd.uscourts.gov