# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, an individual, | : : : : Case No. 2:19-cv-00119 |
| Plaintiff, | : Judge Michael H. Watson : : Magistrate Judge Elizabeth Preston Deavers : |
| v. | : : |
| SHANA M. KECKLEY, *et al.*, | : : : |
| Defendants. | : |

## NOTICE TO THE COURT

At the request of Magistrate Judge Deavers, Plaintiff files the following notice of the status of the pending claims and motions at issue in this matter. This notice has been reviewed and approved by counsel for all parties.

1. **Defendant City of Columbus** – Plaintiff's Amended Complaint asserted both federal and state law claims against the Defendant City of Columbus, Dkt. No. 24. On July 30, 2019, Defendant City of Columbus answered and moved for *Partial Summary Judgment on the Pleadings* on Plaintiff's state law-based claims. Dkt. Nos. 30 and 31. On August 22, 2019, Plaintiff and the City of Columbus, by stipulated dismissal, dismissed any state law claims against the City of Columbus rendering the *Motion for Partial Summary Judgment on the Pleadings* (Dkt. No. 31) moot. The City of Columbus remains a defendant for municipal liability under the 42 U.S.C § 1983 claims asserted by Plaintiff. There are no motions pending before the Court at this time on the remaining claims asserted by Plaintiff against the City of Columbus.

2. **Defendant Terry L. Moore** - Plaintiff's Amended Complaint asserted both federal and state law claims against the Defendant Terry L. Moore, Dkt. No. 24.  On July 30, 2019, Defendant Terry L. Moore filed a Motion to Dismiss all claims under FRCP 12(b)(6), Dkt. No. 32. Plaintiff has responded to Moore's Motion to Dismiss, Dkt. No. 33.  In her response, she has withdrawn her claim for civil conspiracy and any claim under state law against Moore.  Defendant Moore remains a defendant for supervisory liability under the 42 U.S.C § 1983 claims for false arrest and malicious prosecution asserted by Plaintiff.  Defendant Moore's Motion based upon a failure to state a claim and qualified immunity remain at issue before the court.

3. **Defendants Keckley, Lancaster, Praither and Rosser** - The original individual officer defendants, Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither and Stephen G. Rosser have all answered the Plaintiff's Amended Complaint.  Dkt. No. 25.  Defendants Keckley, Lancaster, Praither and Rosser do not have any motions pending before the court at this time.

Plaintiff, filing this notice, prays that it clarifies the status of the dismissed, withdrawn and pending claims.  Should the court have further inquiry, the Plaintiff stands ready to answer the Court's inquiries.

    Respectfully Submitted,

    /s/ *Chase A. Mallory*____
    Chase A. Mallory (0084728)
    Chase@SabolMallory.com
    SABOL MALLORY, LLC
    743 South Front Street
    Columbus, Ohio 43206
    Phone: (614) 300-5088
    Fax: (614) 636-4545

AND

/s/ *Guy A. Fortney*
Clark O. Brewster - OBA #1114 (Admitted Pro Hac)
Guy A. Fortney - OBA #17027 (Admitted Pro Hac)
BREWSTER & DE ANGELIS
2617 East 21st Street
Tulsa, OK 74114
(918) 742-2021 - Telephone
(918) 742-2197 - Facsimile

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, a true and exact copy of the above and foregoing document was served to the following counsel via:  ☐ U.S. first-class mail, with postage pre-paid, ☐ Certified Mail, Return Receipt Requested, ☐ facsimile, XX  e-mail/ECF, ☐ hand delivery:

| | |
|---|---|
| Larry H. James<br>Crabbe, Brown & James LLP<br>500 South Front Street, Suite 1200<br>Columbus, OH 43215<br>*Attorneys for Defendants Shana M. Keckley, Whitney R. Lancaster, Mary S. Praither, and Steven G. Rosser* | Westley M. Phillips (0077728)<br>*Assistant City Attorney*<br>CITY OF COLUMBUS, DEPARTMENT OF LAW<br>77 North Front Street,<br>Columbus, Ohio 43215<br>(614) 645-6959 / (614) 645-6949 (fax)<br>wmphillips@columbus.gov<br>*Attorney for Defendant City of Columbus* |

/s/ *Guy A. Fortney*

3