IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHANIE CLIFFORD,

              Plaintiff(s),             Case No. 2:19-cv-119

    vs.                                          Judge: Michael H. Watson
                                                     Magistrate Judge: Elizabeth P. Deavers

SHANA M. KECKLEY, et al.,

              Defendant(s).

## NOTICE SETTING MEDIATION

[ X ]   **TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

Place:  Joseph P. Kineary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215; report to Chambers Room 208

Date:  September 27, 2019 at 9:00 a.m.

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1. **Each party** and the **trial attorney** must **attend**.
2. Plaintiff will tender to defendants and the mediator a fully documented settlement demand by September 13, 2019.
3. Defendants will tender to plaintiff and to the mediator a fully documented response by September 20, 2019.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.
5. Mediation Briefs shall be served on the Mediator and all counsel by September 20, 2019.

Date: 09/04/2019                                                /s/ Mary Barley-McBride
                                                                             Mediator