## AFFIDAVIT OF STEPHANIE CLIFFORD

PARRISH OF NEW ORLEANS )
) SS.
STATE OF LOUISIANA )

Affiant, Stephanie Clifford, being first sworn upon his oath, states:

1. That I am the Plaintiff, Stephanie Clifford a.k.a. Stormy Daniels in Case No. 2:19-CV-119 pending in United State District Court for the Southern District of Ohio, Eastern Division and am competent to testify to the matters stated herein.

2. In this matter, I was represented by local counsel Chase Mallory and Dan Sabol.

3. Messrs. Mallory and Sabol also represented me in the underlying criminal matter and successful dismissal of the misdemeanor charge.

4. In February of 2019, the professional relationship between Mr. Avenatti and myself was terminated.

5. Thereafter, I was also represented by Clark O. Brewster and Guy A. Fortney who were admitted to the United State District Court for the Southern District of Ohio, Eastern Division *pro hac vice*.

6. I am not aware that Michael Avenatti at anytime entered an appearance in this matter to represent me.

7. I authorized him to retain counsel for me in Columbus, Ohio for the purposes of going forward the instant civil rights suit.

8. I do not have a written contingency fee agreement between Mr. Avenatti and myself.

9. I do not have an "oral" contingency fee agreement between Mr. Avenatti and myself.

EXHIBIT A

2

10. Mr. Avenatti never appeared as counsel of record for me in either the criminal or civil matter. I am not aware that he is licensed to practice law within the State of Ohio.

11. To the extent Mr. Avenatti was to compensated for any legal services provided to me by him or his firm, in addition to the $100.00 paid directly by me to him, I understood that he would be compensated out any crowd funding sites that he established to raise money in my name.

FURTHER AFFIANT SAYETH NOT.

DATED THIS 10th day of October, 2019.

*Stephanie Clifford* (signature)

## VERIFICATION

Subscribed and sworn to before me, the undersigned, a Notary Public in and for said County and State on this the 17th day of October, 2019.

_____
Notary Public

My Commission Expires: __LIFE__

Commission Number: __86505__

MARIELOU T RAY
Notary Public
State of Louisiana
Jefferson Parish
Statewide Jurisdiction
Notary ID # 86505
My Commission is for Life