**IN THE UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE CLIFFORD : | |
| : | |
| Plaintiff, : | Case No. 2:19-cv-00119 |
| : | |
| v. : | Judge Michael H. Watson |
| : | Magistrate Judge Elizabeth Preston Deavers |
| SHANA M. KECKLEY, ET AL. : | |
| : | |
| Defendants. : | |

**NOTICE OF APPEARANCE**
**OF TRIAL ATTORNEY FOR JUDGMENT CREDITOR, DONALD J. TRUMP**

The undersigned hereby give Notice of the Appearance of the law firm of Harris, McClellan, Binau & Cox P.L.L. and the following counsel for Judgment Creditor, Donald J. Trump ("Judgment Creditor"):

> Dan J. Binau (0025376), *Trial Attorney*
> Emily J. Jackson (0078425)
> Harris, McClellan, Binau & Cox P.L.L.
> 37 West Broad Street, Suite 950
> Columbus, Ohio 43215
> Telephone: (614) 464-2572
> Facsimile:  (614) 464-2245
> E-mail: dbinau@hmbc.com
>          ejackson@hmbc.com

Respectfully submitted,

*/s/ Dan J. Binau*
DAN J. BINAU (0025376), *Trial Attorney*
EMILY J. JACKSON (0078425)
Harris, McClellan, Binau & Cox P.L.L.
37 West Broad Street, Suite 950
Columbus, Ohio 43215
Telephone: (614) 464-2572
Facsimile:  (614) 464-2245
E-Mail: dbinau@hmbc.com
        ejackson@hmbc.com
Counsel for Judgment Creditor, Donald J. Trump

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed through the Court's CM/EFC filing system this 6th day of November, 2019, which shall serve a copy of the document upon all registered counsel of record.

                                                          */s/ Dan J. Binau*
                                                        DAN J. BINAU       (0025376)
                                                        Counsel for Judgment Creditor, Donald J. Trump