IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD,<br><br>Plaintiff,<br><br>v.<br><br>SHANA M. KECKLEY, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00119<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |

**NOTICE OF APPEARANCE OF TRIAL ATTORNEY FOR INTERESTED PARTY MICHAEL J. AVENATTI**
_____

TO THE COURT, THE PARTIES, THEIR COUNSEL OF RECORD, AND ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

The undersigned hereby submits this Notice of Appearance of the law firm of Pierce Bainbridge Beck Price & Hecht LLP and the following counsel for Interested Party Michael J. Avenatti:

Thomas D. Warren (77541)
30195 Chagrin Boulevard, Suite 210N
Pepper Pike, OH 44124
Telephone:  (216) 370-7866
Email:  twarren@piercebainbridge.com

1

Dated: November 7, 2019

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: _____
Thomas D. Warren (77541)
30195 Chagrin Boulevard, Suite 210N
Pepper Pike, OH 44124
Telephone: (216) 370-7866
Email: twarren@piercebainbridge.com
Counsel for Michael Avenatti, Esq. and
Avenatti & Associates, APC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served on all parties through the Court's CM/ECF filing system on November 7, 2019.

                                            Thomas D. Warren (77541)
                                            Counsel for Michael Avenatti, Esq.
                                            and Avenatti & Associates, APC