## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD, | Case No. 2:19-cv-00119 |
| Plaintiff, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| SHANA M. KECKLEY, *et al.*, | |
| Defendants. | |

**NOTICE OF PENDING ARBITRATION RESULTING IN THE REMOVAL OF LIEN**

TO THE COURT, THE PARTIES, THEIR COUNSEL OF RECORD, AND ALL

OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

The undersigned hereby gives notice that Michael J. Avenatti has filed a

pending arbitration against Plaintiff Stephanie Clifford in JAMS Los Angeles in

which he brings claims for breach of contract and quantum meruit to recover for

legal services and recoup the costs and expenses he provided to Ms. Clifford in

multiple lawsuits, including, but not limited to:  1) *Clifford v. Keckley*, Case No.

2:19-cv-00119 (the present matter); 2) *Clifford v. Trump*, Case No. 2:18-cv-2217

(C.D. Cal.); and 3) *Clifford v. Trump*, Case No. 2:18-cv-6893 (C.D. Cal.).  He is

seeking over $2 million.  A copy of Mr. Avenatti's Demand for Arbitration is attached as Exhibit "A".

In light of the pending arbitration and this Court's lack of jurisdiction to decide Mr. Avenatti's claims, the undersigned hereby gives notice that Michael J. Avenatti is withdrawing the Notice of Lien for Attorneys' Fees and Costs filed in this Court on October 3, 2019.  *See* Dkt. 40.  The undersigned gives further notice that Mr. Avenatti does not relinquish his claim to a portion of the settlement proceeds awarded to Plaintiff Stephanie Clifford.  Rather, Mr. Avenatti requests that any settlement provided to or made payable to Ms. Clifford or her counsel stemming from this matter be deposited in an escrow account or with the Court until the pending arbitration is resolved.

Dated: November 7, 2019                    Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: _____
Thomas D. Warren (77541)
30195 Chagrin Boulevard, Suite 210N
Pepper Pike, OH 44124
Telephone:  (216) 370-7866
Email:  twarren@piercebainbridge.com
Counsel for Michael Avenatti, Esq. and
Avenatti & Associates, APC

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the

foregoing document was filed and served on all parties through the Court's

CM/ECF filing system on November 7, 2019.

Thomas D. Warren (77541)
Counsel for Michael Avenatti, Esq.
and Avenatti & Associates, APC