# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| STEPHANIE CLIFFORD : | |
| : | |
| Plaintiff, : | Case No. 2:19-cv-00119-MHW-EPD |
| : | |
| v. : | Judge Michael H. Watson |
| : | Magistrate Judge Elizabeth Preston Deavers |
| SHANA M. KECKLEY, ET AL. : | |
| : | |
| Defendants. : | |

## MOTION FOR STATUS CONFERENCE

Now comes Dan J. Binau, counsel for Judgment Creditor, Donald J. Trump, and asks for a joint status conference as soon as possible and prior to Monday, November 18, 2019, the next meeting of the City Council of Columbus, Ohio.  In light of potentially competing claims, and for purposes of judicial economy, the parties are seeking the Court's direction on how to proceed.  Counsel for all parties are in agreement with the filing of this Motion, except for Larry James and his clients, who take no position on these issues.   The parties anticipate that the status conference should be short in duration.

Respectfully submitted,

*/s/ Dan J. Binau*
DAN J. BINAU (0025376), *Trial Attorney*
EMILY J. JACKSON (0078425)
Harris, McClellan, Binau & Cox P.L.L.
37 West Broad Street, Suite 950
Columbus, Ohio 43215
Telephone: (614) 464-2572
Facsimile:  (614) 464-2245
E-Mail: dbinau@hmbc.com
         ejackson@hmbc.com
Counsel for Judgment Creditor, Donald J. Trump

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed through the Court's CM/EFC filing system this 11th day of November, 2019, which shall serve a copy of the document upon all registered counsel of record.

*/s/ Dan J. Binau*
DAN J. BINAU      (0025376)
Counsel for Judgment Creditor, Donald J. Trump