UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stephanie Clifford,

    Plaintiff,

v.

Shana M. Keckley, *et al.*,

    Defendants.

Civil Action 2:19-cv-119

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Pursuant to this Court's previous Order, ECF No. 50, the City of Columbus is **ORDERED** to issue the settlement check to "Clerk, U.S. District Court" and include the case number in the memo line.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT