**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STEPHANIE CLIFFORD,

               Plaintiff,

   v.

SHANA M. KECKLEY, et al.,

               Defendants.

Case No. 2:19-cv-119

Judge Michael H. Watson

Chief Magistrate Judge
Elizabeth P. Deavers

**NOTICE OF DEPOSITING OF FUNDS**

Please take notice that Defendant City of Columbus deposited settlement funds in the amount of $450,000.00 with the Clerk of Courts of the Southern District of Ohio on December 3, 2019.

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728)
Assistant City Attorney
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov

Attorney for the City of Columbus

## CERTIFICATE OF SERVICE

I hereby certify that, on **December 4, 2019**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)