IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CLIFFORD | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-cv-00119 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| SHANA M. KECKLEY, ET AL. | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| STEPHANIE CLIFFORD | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-mc-00047 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| DONALD J. TRUMP | : | |
| | : | |
| Defendant. | : | |

**JUDGMENT CREDITOR DONALD J. TRUMP'S RESPONSE TO
PLAINTIFF STEPHANIE CLIFFORD'S REPLY (DOC. 59)**

Judgment Creditor Donald J. Trump ("Judgment Creditor") submits the following Response to Plaintiff Stephanie Clifford's ("Ms. Clifford") *Reply to Judgment Creditor's Response to Ms. Clifford's Notice to the Court* (Doc. 59 in *Clifford v. Keckley*), filed on April 17, 2020:

As set forth herein and in the recent filings by Ms. Clifford and Judgment Creditor (Doc. 57, 58, 59 in *Clifford v. Keckley*), there remains a material dispute between the parties with respect to Judge Otero's December 11, 2019 Order awarding Judgment Creditor a total of $293,052.33 in attorneys' fees and sanctions against Ms. Clifford (the "Attorneys' Fees Order").

Judgment Creditor contends that the Attorneys Fees Order is a valid, final judgment and thus was properly certified and registered in this District on October 18, 2019 (Doc. 1 in *Clifford v. Trump*). Ms. Clifford maintains that the Attorneys' Fees Order is not a judgment. The Central District of California, the court that issued the Attorneys' Fees Order, has not yet ruled on this issue. Instead, the Central District of California Court denied Ms. Clifford's Motion to Annul or Vacate as moot, based upon the clerk's unilateral April 10, 2020 Notice (which Judgment Creditor submits is erroneous and contrary to well-settled law), without Judgment Creditor having an opportunity to respond to Ms. Clifford's contention that the Attorneys' Fees Order is not a judgment. Furthermore, a Notice from the clerk does not change the legal status of the Attorneys' Fees Order as a valid judgment under Federal Rule of Civil Procedure 58.

To resolve the dispute between the parties, Judgment Creditor anticipates that it will file its Motion with the Central District of California to certify that Judgment Creditor possesses a valid and enforceable judgment against Ms. Clifford during the week of April 27, 2020. Judgment Creditor is unable to file its Motion earlier than this time because Central District of California Local Rule 7-3 does not permit a motion to be filed until at least seven (7) days following a meet and confer conference between counsel for the parties, which Judgment Creditor anticipates will occur this week (the week of April 20, 2020).

Accordingly, Judgment Creditor renews its request that the Court stay the release of any of the funds it is holding in this matter until Judgment Creditor's Motion in the Central District of California is decided. In the alternative, and if this Court is not willing to wait on a judicial ruling from the Central District of California, Judgment Creditor renews its request that the parties be permitted to formally and fully brief the issues with this Court, prior to the release of any of the funds.

Respectfully submitted,

*/s/ Dan J. Binau*
DAN J. BINAU (0025376), *Trial Attorney*
Harris, McClellan, Binau & Cox P.L.L.
37 West Broad Street, Suite 950
Columbus, Ohio 43215
Telephone: (614) 464-2572
Facsimile:  (614) 464-2245
E-Mail: dbinau@hmbc.com
Counsel for Judgment Creditor, Donald J. Trump

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed through the Court's CM/EFC filing system this 22nd day of April, 2020, which shall serve a copy of the document upon all registered counsel of record.

/s/ Dan J. Binau
DAN J. BINAU (0025376)
Counsel for Judgment Creditor, Donald J. Trump