**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Stephanie Clifford,

    vs.                           Case No. 2:19-cv-119

Shana M. Keckley, *et al.*,          **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 2, 2020 Opinion and Order, the Court **DENIES** Avenatti's request for a stay pending the outcome of arbitration. The Court also **DENIES** Plaintiff's request for Rule 11 sanctions against Avenatti. The Court hereby **DIRECTS** the Clerk of Court to **RELEASE** the funds deposited pursuant to this Court's Order in ECF No. 50 to Plaintiff and her attorneys.

Date: **June 2, 2020**          Richard Nagel, Clerk

                                      s/ Jennifer Kacsor

                                      By Jennifer Kacsor/Courtroom Deputy