UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Stephanie Clifford,**

    **Plaintiff,**

    **v.**                         Civil Action 2:19-cv-119

                                Judge Michael H. Watson

**Shana M. Keckley,** *et al.***,**

                                Magistrate Judge Deavers

    **Defendants.**

## NUNC PRO TUNC ORDER

The Court **MODIFIES** its previous Opinion and Order and Judgment as follows: the Court hereby **DIRECTS** the Clerk of Court to **RELEASE** the funds deposited, *plus all accrued interest*, pursuant to this Court's Order in ECF No. 50 to Plaintiff and/or her attorneys.

**IT IS SO ORDERED.**

                                            ***/s/ Michael H. Watson***
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**